461 A.2d 794

**COMMONWEALTH of Pennsylvania**

**v.**

**James CLARK, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 25, 1983.

Decided July 1, 1983.

John W. Packel, Chief, Appeals Div., Leonard Sosnou, for appellant.

Robert B. Lawler, Chief, Appeals Div., Gaele McLaughlin Barthold, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

394

### ORDER

PER CURIAM:

Order of the Superior Court, 280 Pa.Super. 1, 421 A.2d 374, affirmed.